5/26/05

To Whom it May Concern,

CASE NO: 1:05-CV- 05-335

This letter is to request a court appointed attorney to help me with my civil cases. I contacted, but I was unsuccessful securing an attorney to help me with my case.