IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHEVELLE A. COTTON, </br></br> Plaintiff, </br></br> v. </br></br> STATE OF DELAWARE DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH AND FAMILIES, et al., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil No. 05-335-GMS </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER**

At Wilmington this 27th day of December, 2005;

IT IS ORDERED that Chevelle A. Cotton's motion for appointment of counsel (D.I. 3) is DENIED without prejudice to renew. Cotton, a *pro se* litigant proceeding *in forma pauperis*, has no constitutional or statutory right to appointed counsel. *See Ray Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). It is within this court's discretion, however, to appoint plaintiff an attorney, but only "upon a showing of special circumstances indicating the likelihood of substantial prejudice to [plaintiff] resulting from [plaintiff's] probable inability without such assistance to present the facts and legal issues to the court in a complex but arguably meritorious case." *Smith-Bey v. Petsock*, 741 F.2d 22, 26 (3d Cir. 1984); *accord Tabron v. Grace*, 6 F.3d 147, 155 (3d Cir. 1993)(representation by counsel may be appropriate under certain circumstances, after a finding that a plaintiff's claim has arguable merit in fact and law). Having reviewed plaintiff's complaint, the court finds that her allegations are not of such a complex nature that

representation by counsel is warranted at this time.

_____
United States District Judge