IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHEVELLE A. COTTON,          ) | |
|                                                      ) | |
| Plaintiff,              ) | |
|                                                      ) | |
| v.                                               ) | Civil No. 05-335-GMS |
|                                                      ) | |
| STATE OF DELAWARE DEPARTMENT ) | |
| OF SERVICES FOR CHILDREN, YOUTH ) | |
| AND FAMILIES, et al.,            ) | |
|                                                      ) | |
| Defendants.          ) | |

**ORDER**

WHEREAS, plaintiff, Chevelle A. Cotton, filed a civil rights discrimination action pursuant to 42 U.S.C. § 2000e without prepayment of the filing fee;

WHEREAS, on July 5, 2005, the Court entered an order requiring plaintiff to complete and return USM-285 forms for each defendant, and informing plaintiff that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 4);

WHEREAS, to date, none of the required USM-285 forms have been received from plaintiff;

THEREFORE, at Wilmington this 28th day of December, 2005, IT IS HEREBY

ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

                                                                                              _____
                                                                                              United States District Judge